UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**03-60244 CR-ZLOCH** MAGISTRATE JUDGE SNOW

03 OCT 21 PM 2:54
U.S. DIST. CT. S.D. OF FL.-FTL.
D.C.

IN RE:

FEDERAL GRAND JURY 02-01(FL)

_______________________________/

**MOTION TO SEAL**

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby moves this Court for an Order sealing the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), Bond Recommendation Sheets, this Motion to Seal, and Sealing Order, and remain sealed in the custody of the Clerk of the Court until such time as the first defendant has been arrested. Disclosure of the existence of these charges would hinder the ability of the United States to locate and arrest the defendants.

WHEREFORE, the United States respectfully requests that this Court order that the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), Bond Recommendation Sheets, Motion to Seal,

and the Sealing Order be sealed until such time as the first defendant has been arrested.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: ______________________________

JEFFREY H. SLOMAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar #378879
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255
Facsimile: (954) 356-7336